| United States Bankruptcy Court<br>Northern District of Iowa | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sunset Sow Farms, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): **9946** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**5143 120th Street**<br>**Holstein, IA**<br>ZIP CODE **51025** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Ida** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☑ Chapter 11     Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>           Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.      business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than $1<br>billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than $1<br>billion |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Sunset Sow Farms, Inc.**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X  **Not Applicable** <br> _____ <br> Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | Sunset Sow Farms, Inc. |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
    Signature of Debtor

X **Not Applicable**
    Signature of Joint Debtor

    Telephone Number (If not represented by attorney)

    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
    (Signature of Foreign Representative)

    (Printed Name of Foreign Representative)

    Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney**

X **/s/ Donald H. Molstad**
    Signature of Attorney for Debtor(s)

**Donald H. Molstad  Bar No.  3755**
    Printed Name of Attorney for Debtor(s) / Bar No.

**Molstad Law Firm**
    Firm Name

**701 Pierce Street, Suite 305 Sioux City IA 51101**
    Address

**712-255-8036**       **712-255-4642**
    Telephone Number

**2/9/2010**
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
    Printed Name and title, if any, of Bankruptcy Petition Preparer

    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

    Address

X **Not Applicable**

    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/**
    Signature of Authorized Individual

    Printed Name of Authorized Individual

    Title of Authorized Individual

**2/9/2010**
    Date

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Iowa**

In re:  **Sunset Sow Farms, Inc.**                                        ,          Case No. _____

                              Debtor                                                                (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 1,384,628.00 | **Gross Farming Income** | **2007** |
| 3,090,134.00 | **Gross Farming Income** | **2008** |
| 2,359,279.85 | **Gross Farming Income** | **2009** |

## 2.  Income other than from employment or operation of business

None
☐       State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 311.00 | **Interest** | **2007** |
| 6,032.00 | **Net Gain** | **2007** |
| 47,231.00 | **Net Gain** | **2008** |
| 55.00 | **Interest** | **2008** |

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑       a. *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts*: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**See Attached**

None
☑

c. *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Omni Builders, Inc. vs. Sunset Sow Farms, Inc. & Heritage Bank & Dakota Steel, Inc., A South Dakota Corporation** <br> EQCV013787 | | **IA District Court Ida County** | **Dismissed w/ Prejudice** |
| **Omni Builders, Inc. vs Sunset Sow Farms, Inc.** <br> LNCV001861 | | **IA District Court Ida County** | **Satisfied** |
| **Heritage Bank NA vs. Sunset Sow Farms, Inc.** <br> EQCV014065 | | **IA District Court Ida County** | **Pending** |
| **Heritage Bank NA vs. Sunset Sow Farms, Inc. et.al.** <br> EQCV014066 | | **IA District Court Ida County** | **Pending** |
| **Newsham Choice Genetics. LLC vs. Sunset Sow Farms, Inc.** <br> LACV014052 | | **IA District Court Ida County** | **Pending** |
| **Star Energy LLC vs. Sunset Sow Farms, Inc.** <br> LACV014085 | | **IA District Court Ida County** | **Judgment** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Star Energy**<br>**1006 1st Avenue**<br>**P.O. Box 790**<br>**Manson, IA 50563-0790** | **10/30/09-12/28/09** | **Garnishment of Income:**<br>**10/30/09-$262.65**<br>**11/16/09-$54.56**<br>**12/8/09-$6027.95**<br>**12/24/09-$62.25**<br>**12/28/09-$69.40** |

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Molstad Law Firm**<br>**701 Pierce Street, Ste. 305**<br>**Sioux City, IA 51101** | **8/20/09**<br>**10/14/09**<br>**11/19/09**<br>**1/21/10** | **$200**<br>**$43**<br>**$103  (Above 3 Amounts Are For Prior Services Rendered)**<br><br>**$11,000 For Attorney Fees & Court Costs** |

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
❑  and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Sunset Sow Farms, Inc.** | | **5143 120th Street Holstein, IA 51025** | **Farming** | **2000** |
| | | | | **Continuous** |

None  b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑  U.S.C. § 101.

NAME                                                                                 ADDRESS

## 19.  Books, records and financial statements

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept
❑  or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Burkhardt & Dawson 793 North Second Street Cherokee, IA 51012** | **Last 2 Years** |
| **Quam & Associates 115 E Lincolnway, Ste. 390 Jefferson, IA 50129** | **2/28/07-12/31/09** |

None  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited
❑  the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Quam & Associates 115 E Lincolnway, Ste. 390 Jefferson, IA 50129** | | **2/28/07-12/31/09** |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
❑  and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                 ADDRESS

**Debtor**

8

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Heritage Bank**<br>**Holstein, IA** | **Annual** |

## 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **David Van Hooser**<br>**Holstein, IA** | **President, Treasurer** | **50%** |
| **Shannon Van Hooser**<br>**Holstein, IA** | **Vice President, Secretary** | **50%** |

## 22. Former partners, officers, directors and shareholders

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David Van Hooser**<br>**Holstein, IA**<br>    **President, Treasurer** | **1/09-12/09**<br>**Salaries** | **$27,856.58** |
| **Shannon Van Hooser**<br>**Holstein, IA**<br>    **Vice President, Secretary** | **1/09-12/09**<br>**Salaries** | **$10,089.84** |

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION                TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   2/9/2010                        Signature   s/

                                    ,
                                    Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

Affairs-3b-Payments To Creators  pg 1 of 2

2:30 PM
01/21/10
Accrual Basis

# Sunset Sow Farms Inc.
## Checks Written
### October 1, 2009 through January 21, 2010

| Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | | |
| Bill Pmt -Check | 01/15/2010 | 1379 | Deluxe Feeds, Inc. | | Checking-Heritage Bank | | * | Accounts Payable | -26,658.00 | -26,658.00 |
| Bill Pmt -Check | 12/25/2009 | 1369 | Deluxe Feeds, Inc. | | Checking-Heritage Bank | | √ | Accounts Payable | -23,630.00 | -50,288.00 |
| Bill Pmt -Check | 12/18/2009 | 1368 | Deluxe Feeds, Inc. | | Checking-Heritage Bank | | √ | Accounts Payable | -23,630.00 | -73,918.00 |
| Bill Pmt -Check | 12/11/2009 | 1360 | Deluxe Feeds, Inc. | Nov 2009 Feed | Checking-Heritage Bank | | √ | Accounts Payable | -23,630.00 | -97,548.00 |
| Bill Pmt -Check | 12/01/2009 | 1359 | Deluxe Feeds, Inc. | Nov 2009 Feed | Checking-Heritage Bank | | √ | Accounts Payable | -23,630.00 | -121,178.00 |
| Bill Pmt -Check | 11/27/2009 | 1349 | Deluxe Feeds, Inc. | Oct 2009 Feed | Checking-Heritage Bank | | √ | Accounts Payable | -22,500.00 | -143,678.00 |
| Bill Pmt -Check | 11/20/2009 | 1343 | Deluxe Feeds, Inc. | Oct 2009 Feed | Checking-Heritage Bank | | √ | Accounts Payable | -22,500.00 | -166,178.00 |
| Bill Pmt -Check | 11/13/2009 AUTO WD | | Deluxe Feeds, Inc. | Oct 2009 Feed | Checking-Heritage Bank | | √ | Accounts Payable | -19,000.00 | -185,178.00 |
| Bill Pmt -Check | 11/13/2009 | 1344 | Deluxe Feeds, Inc. | Oct 2009 Feed | Checking-Heritage Bank | | √ | Accounts Payable | -3,500.00 | -188,678.00 |
| Bill Pmt -Check | 10/30/2009 | VID | Deluxe Feeds, Inc. | Sept 2009 Feed | Checking-Heritage Bank | | √ | Accounts Payable | -19,000.00 | -207,678.00 |
| Bill Pmt -Check | 10/23/2009 | VID | Deluxe Feeds, Inc. | Sept 2009 Feed | Checking-Heritage Bank | | √ | Accounts Payable | -19,000.00 | -226,678.00 |
| Bill Pmt -Check | 10/16/2009 | VID | Deluxe Feeds, Inc. | Sept 2009 Feed | Checking-Heritage Bank | | √ | Accounts Payable | -19,000.00 | -245,678.00 |
| Bill Pmt -Check | 10/09/2009 AUTO WD | | Deluxe Feeds, Inc. | Sept 2009 Feed | Checking-Heritage Bank | | √ | Accounts Payable | -19,000.00 | -264,678.00 |
| Bill Pmt -Check | 10/02/2009 AUTO WD | | Deluxe Feeds, Inc. | Aug 2009 Feed | Checking-Heritage Bank | | √ | Accounts Payable | -19,000.00 | -283,678.00 |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | **-283,678.00** | **-283,678.00** |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | | |
| Check | 01/21/2010 | 1398 | Galva Holstein Ag, LI | feed | Checking-Heritage Bank | | | Feed-Sow | -12,350.00 | -12,350.00 |
| Check | 12/30/2009 | 1373 | Galva Holstein Ag, LI | feed | Checking-Heritage Bank | | | Feed-Sow | -1,907.10 | -14,257.10 |
| Check | 12/04/2009 | 1363 | Galva Holstein Ag, LI | 480 gals #1, 480 | Checking-Heritage Bank | | √ | Fuel | -2,318.40 | -16,575.50 |
| Check | 12/01/2009 | 1354 | Galva Holstein Ag, LI | propane 9,501 gal | Checking-Heritage Bank | | √ | Fuel | -12,968.87 | -29,544.37 |
| Check | 11/20/2009 | 1341 | Galva Holstein Ag, LI | fuel | Checking-Heritage Bank | | √ | Fuel | -1,740.00 | -31,284.37 |
| Check | 10/27/2009 | 1323 | Galva Holstein Ag, LI | fuel-generator | Checking-Heritage Bank | | √ | Fuel | -1,307.02 | -32,591.39 |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | **-32,591.39** | **-32,591.39** |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | | |
| Check | 01/20/2010 AUTO WD | | Farm Bureau | w/o-Feb | Checking-Heritage Bank | | | Work Comp | -1,232.56 | -1,232.56 |
| Check | 01/10/2010 AUTO WD | | Farm Bureau | policy #74/20240 t | Checking-Heritage Bank | | | Insurance | -2,318.81 | -3,551.37 |
| Check | 12/24/2009 | 1371 | Farm Bureau | w/o- Dec & Jan | Checking-Heritage Bank | | | Work Comp | -2,465.12 | -6,016.49 |
| Check | 12/10/2009 AUTO WD | | Farm Bureau | policy #74/20240 t | Checking-Heritage Bank | | | Insurance | -2,318.81 | -8,335.30 |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | **-8,335.30** | **-8,335.30** |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | | |
| Bill Pmt -Check | 01/18/2010 | 1378 | Deluxe Animal Healt | October 2009 | Checking-Heritage Bank | | * | Accounts Payable | -7,904.00 | -7,904.00 |
| Bill Pmt -Check | 11/27/2009 | 1346 | Deluxe Animal Healt | October 2009 | Checking-Heritage Bank | | √ | Accounts Payable | -9,560.34 | -17,464.34 |
| Bill Pmt -Check | 10/16/2009 | 1314 | Deluxe Animal Healt | September 2009 | Checking-Heritage Bank | | √ | Accounts Payable | -9,842.83 | -27,307.17 |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | **-27,307.17** | **-27,307.17** |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | | |
| Check | 01/15/2010 | 1382 | Ag Systems AI | | Checking-Heritage Bank | | | Breeding Fees | -993.75 | -993.75 |
| Check | 01/14/2010 | 1380 | Ag Systems AI | Jan | Checking-Heritage Bank | | * | Breeding Fees | -4,612.00 | -5,605.75 |
| Bill Pmt -Check | 11/27/2009 | 1348 | Ag Systems AI | | Checking-Heritage Bank | | √ | Accounts Payable | -7,250.00 | -12,855.75 |
| Bill Pmt -Check | 10/23/2009 | 1316 | Ag Systems AI | | Checking-Heritage Bank | | √ | Accounts Payable | -7,081.25 | -19,937.00 |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | **-19,937.00** | **-19,937.00** |

Pg 2 of 2

2:30 PM
01/21/10
Accrual Basis

# Sunset Sow Farms Inc.
## Checks Written
### October 1, 2009 through January 21, 2010

| Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | | |
| Bill Pmt -Check | 01/13/2010 | AUTO WD | Star Energy | Oct 2008 | Checking-Heritage Bank | | * | Accounts Payable | -80.23 | -80.23 |
| Bill Pmt -Check | 01/08/2010 | AUTO WD | Star Energy | Oct 2008 | Checking-Heritage Bank | | * | Accounts Payable | -374.92 | -455.15 |
| Bill Pmt -Check | 01/05/2010 | WD | Star Energy | Oct 2008 | Checking-Heritage Bank | | * | Accounts Payable | -60.66 | -515.81 |
| Bill Pmt -Check | 01/05/2010 | AUTO WD | Star Energy | Oct 2008 | Checking-Heritage Bank | | * | Accounts Payable | -2,000.00 | -2,515.81 |
| Bill Pmt -Check | 12/28/2009 | WD | Star Energy | Oct 2008 | Checking-Heritage Bank | | √ | Accounts Payable | -69.40 | -2,585.21 |
| Bill Pmt -Check | 12/24/2009 | WD | Star Energy | Oct 2008 | Checking-Heritage Bank | | √ | Accounts Payable | -62.25 | -2,647.46 |
| Bill Pmt -Check | 12/02/2009 | WD | Star Energy | Oct 2008 | Checking-Heritage Bank | | √ | Accounts Payable | -6,027.95 | -8,675.41 |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | -8,675.41 | -8,675.41 |
| | | | | | | | | | | |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | | |
| Bill Pmt -Check | 01/05/2010 | 5984 | North West REC | | Checking-Heritage Bank | | * | Accounts Payable | -8,346.79 | -8,346.79 |
| Bill Pmt -Check | 11/17/2009 | 5982 | North West REC | | Checking-Heritage Bank | | √ | Accounts Payable | -7,435.13 | -15,781.92 |
| Bill Pmt -Check | 10/08/2009 | 1313 | North West REC | | Checking-Heritage Bank | | √ | Accounts Payable | -8,549.72 | -24,331.64 |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | -24,331.64 | -24,331.64 |
| | | | | | | | | | | |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | | |
| Check | 12/18/2009 | WD | First National Bank | Supplies | Checking-Heritage Bank | | √ | Supplies | -10,000.00 | -10,000.00 |
| Check | 11/24/2009 | AUTO WD | First National Bank | Supplies | Checking-Heritage Bank | | √ | Supplies | -200.00 | -10,200.00 |
| Check | 10/29/2009 | WD | First National Bank | Supplies | Checking-Heritage Bank | | √ | Supplies | -100.00 | -10,300.00 |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | -10,300.00 | -10,300.00 |
| | | | | | | | | | | |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | | |
| Bill Pmt -Check | 12/04/2009 | 1362 | Jochum Agri-Service 605 - 3,976,998 g | | Checking-Heritage Bank | | √ | Accounts Payable | -14,000.00 | -14,000.00 |
| Bill Pmt -Check | 11/03/2009 | 1327 | Jochum Agri-Service, Inc. | | Checking-Heritage Bank | | √ | Accounts Payable | -43,309.31 | -57,309.31 |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | -57,309.31 | -57,309.31 |
| | | | | | | | | | | |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | | |
| Check | 11/23/2009 | 1345 | G&D Pork, LLC | Nov gilt payment | Checking-Heritage Bank | | √ | -SPLIT- | -14,000.00 | -14,000.00 |
| Check | 10/16/2009 | 1315 | G&D Pork, LLC | Oct gilt payment | Checking-Heritage Bank | | √ | -SPLIT- | -14,000.00 | -28,000.00 |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | -28,000.00 | -28,000.00 |
| | | | | | | | | | | |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | | |
| Bill Pmt -Check | 11/20/2009 | 1347 | Valley Veterinary Cer Dec 2008 | | Checking-Heritage Bank | | √ | Accounts Payable | -3,500.00 | -3,500.00 |
| Bill Pmt -Check | 11/06/2009 | 1328 | Valley Veterinary Center, PLC | | Checking-Heritage Bank | | √ | Accounts Payable | -10,000.00 | -13,500.00 |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | -13,500.00 | -13,500.00 |
| | | | | | | | | | | |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | | |
| Check | 10/30/2009 | WD | Chase Card Services paid in full | | Checking-Heritage Bank | | √ | Chase | -9,300.00 | -9,300.00 |
| **Oct 1, '09 - Jan 21, 10** | | | | | | | | | -9,300.00 | -9,300.00 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court

## Northern District of Iowa

In re **Sunset Sow Farms, Inc.**                                    ,                Case No. _____

Debtor                                                              Chapter    11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    5.425.000.00 | | |
| B - Personal Property | YES | 3 | $    1.480.936.94 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 8 | | $    8.500.727.64 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $    6,863.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $    509.303.44 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 19 | $    6,905,936.94 | $    9,016,894.08 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Iowa

In re **Sunset Sow Farms, Inc.**

Debtor

Case No. _____

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   6,863.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0.00 |
| TOTAL | $   6,863.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   242,790.00 |
| Average Expenses (from Schedule J, Line 18) | $   190,905.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   130,487.60 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   6,863.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   509,303.44 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   639,791.04 |

**B6A (Official Form 6A) (12/07)**

In re:   **Sunset Sow Farms, Inc.**                                                    Case No. _____

_____                                                        **(If known)**

**Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Legal Description: See Attached #1** | **Fee Owner** | | **$5,000,000.00** | **$ 472,271.15** |
| **Legal Description: See Attached #2** | **Fee Owner** | | **$ 350,000.00** | **$ 610,193.43** |
| **Legal Description: See Attached #3** | **Fee Owner** | | **$ 75,000.00** | **$ 341,783.58** |
| | **Total** ➢ | | **$5,425,000.00** | |

(Report also on Summary of Schedules.)





## LEGAL DESCRIPTION

A PART OF THE SOUTH HALF (S½) OF THE SOUTHWEST QUARTER (SW¼) OF
SECTION EIGHT (8); TOWNSHIP EIGHTY-NINE NORTH (89N), RANGE FORTY (40)
WEST OF THE FIFTH P.M., IDA COUNTY, IOWA, AND BEING MORE FULLY
DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF THE SOUTHWEST QUARTER
(SW¼), OF SAID SECTION EIGHT (8); THENCE ON AN ASSUMED BEARING OF EAST,
ALONG THE SOUTH LINE OF SAID SOUTHWEST QUARTER (SW¼), 1271.90 FEET TO
THE POINT OF BEGINNING.  THENCE NORTH 01°17'54" WEST, 72.98 FEET; THENCE
NORTH 71°18'50" WEST, 15.76 FEET; THENCE NORTH 02°42'39" WEST, 190.32 FEET;
THENCE NORTH 00°41'12" EAST, 721.52 FEET; THENCE SOUTH 89°14'32" EAST, 547.92
FEET; THENCE SOUTH 00°11'51" EAST, 574.18 FEET; THENCE SOUTH 14°43'42" WEST,
422.02 FEET TO THE SOUTH LINE OF SAID SOUTHWEST QUARTER (SW¼), THENCE
WEST, ALONG THE SOUTH LINE OF SAID SOUTHWEST QUARTER (SW¼), 425.62
FEET TO THE POINT OF BEGINNING.





A tract of land located in the E1/2 SW1/4 of Section 8, Township 89 North, Range 40, West of the 5th P.M., Ida County Iowa, and more completely described as follows:

Beginning at the Southeast Corner of the SW1/4 of said Section 8; thence N 90° 00'00" W 955.84 feet along the South line of the SW1/4 of said Section 8 to the Southeast Corner of a tract of land recorded in Book 5 of Plats, Page 138 at the Ida County Recorder's office, Ida Grove, Iowa; thence N 00° 14'48'10"E 422.05 feet along the East line of said recorded tract; thence N 00° 13'41"W 690.54 feet along the East line of said recorded tract and its extension; thence N 36°25'58" E 551.47 feet; thence N 82°10'20" E 247.89 feet; thence N 44°31'39" E 410.54 feet to a point on the East line of the SW1/4 of said Section 8; thence S 00°18'48" W 1868.73 feet along the East line of the SW1/4 of said Section 8 to the Point of Beginning.
Said tract contains 30.34 acres, including present established roadway and including and subject to, all easements of record and is monumented as shown on the plat attached hereto.

Except the following:

Beginning at the Southeast (SE) Corner of the Southwest Quarter (SW1/4) of said Section 8; Thence on an assumed bearing of North 90° 00' 00" West, along the South line of said Southwest Quarter (SW1/4), 223.00 feet; Thence North 00° 18'48" East, 1016.42 feet; Thence North 90° 00'00" West, 633.02 feet to the westerly line of a 30.3393 Acre parcel surveyed by Daniel Hingtgen dated November 14, 2005; Thence North 00° 13'41" West, along said westerly line, 82.17 feet; Thence North 36° 25'58" East, along the northwesterly line of said surveyed parcel, 551.47 feet; Thence continuing along said northwesterly line, North 82° 10'20" East, 247.89 feet; Thence continuing along said northwesterly line, North 44°31'39" East, 410.54 feet to the East line of aforesaid Southwest Quarter (SW1/4); Thence South 00° 18'48" West, along said East line, 1868.73 feet to the Point of Beginning.

Parcel contains 15.17 Acres and is subject to all easements of record.

Beginning at the Southeast (SE) Corner of the Southwest Quarter (SW1/4) of said Section 8; Thence on an assumed bearing of North 90° 00' 00" West, along the South line of said Southwest Quarter (SW1/4), 223.00 feet; Thence North 00° 18'48" East, 1016.42 feet; Thence North 90° 00'00" West, 633.02 feet to the westerly line of a 30.3393 Acre parcel surveyed by Daniel Hingtgen dated November 14, 2005; Thence North 00° 13'41" West, along said westerly line, 82.17 feet; Thence North 36° 25'58" East, along the northwesterly line of said surveyed parcel, 551.47 feet; Thence continuing along said northwesterly line, North 82° 10'20" East, 247.89 feet; Thence continuing along said northwesterly line, North 44°31'39" East, 410.54 feet to the East line of aforesaid Southwest Quarter (SW1/4); Thence South 00° 18'48" West, along said East line, 1868.73 feet to the Point of Beginning.

Parcel contains 15.17 Acres and is subject to all easements of record.

B6B (Official Form 6B) (12/07)

In re  **Sunset Sow Farms, Inc.** _____,        Case No. _____
                                    **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Heritage Bank - Checking** | | 847.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Heritage Bank - Checking #5977** | | -10.06 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **NY Term Life Insurance** | H | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prudential Term Life Insurance** | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Sunset Sow Farms, Inc.** _____ ,    Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1977 Semi Tractor** | | **1,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford F250** | | **10,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Ford F350** | | **15,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Dead Sow Hearse** | | **1,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Leather Chair, Desk, Hutch, 2 Dell Computers, Cell Phones, Cupboards, Misc. Office Equipment** | | **1,300.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | **Semen** | | **1,000.00** |
| 31. Animals. | | **2800 Hd Iso Weans (Sold-Not Paid for Yet)** | | **110,000.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Sunset Sow Farms, Inc.** _____,       Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | | **3 Boars at $100/head** | | **300.00** |
| Animals. | | **3800 Sows at $300/head** | | **1,140,000.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | **Gestation Food System, Semen Coolers, Propane Tank, Loading Chute, Pressure Washer, Farrowing Equipment, Milk System, Air Compressor, Heat Pump, Door, 66 Feeders, Pig Grinder, 3 Fridges, Plumbing, Allis D-15 Tractor, 3-16 Plow AC, Manure Loader (Pauls), Gooseneck Trailer, Dump Wagon, Misc. Equipment, Cordless Drill, Riding Lawn Mower, Used Disc, Belly Mower, Sickel Mower, Skag Lawn Mower, Snowblower for Skidloader, 2205 Featherlite Trailer, 48" Pallet for Skidsteer, Honda 4 Wheeler, 2 Washers, 2 Dryers, Stove, Fridge, Microwave, 2086 Mustang Skid Steer, Skid Loader, Snowblower, Workbench Tool Chest, Snap On Welder** | | **200,000.00** |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_   continuation sheets attached                    Total  ►   | **$1,480,936.94** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **Sunset Sow Farms, Inc.**                                    .          Case No. _____
                              **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Deluxe Feeds, Inc.**<br>**1500 RMT Avenue**<br>**P.O. Box 126**<br>**Sheldon, IA 51201-0126** | | | **2009**<br>**Security Agreement**<br>**3800 Sows at $300/head**<br><br>**VALUE $1,140,000.00** | | | | 43,910.82 | 0.00 |
| ACCOUNT NO.<br><br>**G&D Pork, LLC**<br>**P.O. Box 125**<br>**Sheldon, IA 51201** | | | **2007**<br>**Security Agreement**<br>**3800 Sows at $300/head**<br><br>**VALUE $1,140,000.00** | | | | 1,140,000.00 | 0.00 |
| ACCOUNT NO.<br><br>**Galva Holstein Ag**<br>**204 E 1st Street**<br>**Holstein, IA 51025** | | | **Security Agreement**<br>**3800 Sows at $300/head**<br>**2800 Hd Iso Weans (Sold-Not Paid for Yet)**<br><br>**VALUE $1,250,000.00** | | | | 23,016.62 | 0.00 |
| ACCOUNT NO.   **Various**<br><br>**Genetiporc**<br>**4125 Minnesota Street**<br>**Alexandria, MN 56308** | | | **2007-2009**<br>**Security Agreement**<br>**3800 Sows at $300/head**<br><br>**VALUE $1,140,000.00** | | | | 256,475.26 | 0.00 |

7    continuation sheets
      attached

Subtotal ➤
(Total of this page)                                  $  1,463,402.70  $            0.00

Total ➤
(Use only on last page)                              $                  $

                                                                            (Report also on Summary of   (If applicable, report
                                                                            Schedules)                   also on Statistical
                                                                                                         Summary of Certain
                                                                                                         Liabilities and
                                                                                                         Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Sunset Sow Farms, Inc.**_____ .    Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6015**<br><br>**Heritage Bank**<br>**101 N Main Street**<br>**Holstein, IA 51025** | | | **2006**<br>**Mortgage**<br>**Legal Description: See Attached #1**<br>**Legal Description: See Attached #2**<br>**Legal Description: See Attached #3**<br>_____<br><br>**VALUE $5,425,000.00** | | | | 336,198.63 | 0.00 |

Sheet no. _1_ of _7_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 336,198.63 | $ 0.00 |
| $ | $ |

(Report also on Summary of Schedules)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Sunset Sow Farms, Inc.** _____.        Case No. _____

                                   **Debtor**                                           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4198**<br><br>**Heritage Bank**<br>**101 N Main Street**<br>**Holstein, IA 51025**<br><br><br>**John M. Murray**<br>**530 Erie Street**<br>**P.O.  Box 27**<br>**Storm Lake, IA 50588** | | | **7/2/07**<br>**Mortgage**<br>**1977 Semi Tractor**<br>**1999 Ford F250**<br>**2002 Ford F350**<br>**3 Boars at $100/head**<br>**3800 Sows at $300/head**<br>**Dead Sow Hearse**<br>**Gestation Food System, Semen Coolers, Propane Tank, Loading Chute, Pressure Washer, Farrowing Equipment, Milk System, Air Compressor, Heat Pump, Door, 66 Feeders, Pig Grinder, 3 Fridges, Plumbing, Allis D-15 Tractor, 3-16 Plow AC, Manure Loader (Pauls), Gooseneck Trailer, Dump Wagon, Misc. Equipment, Cordless Drill, Riding Lawn Mower, Used Disc, Belly Mower, Sickel Mower, Skag Lawn Mower, Snowblower for Skidloader, 2205 Featherlite Trailer, 48" Pallet for Skidsteer, Honda 4 Wheeler, 2 Washers, 2 Dryers, Stove, Fridge, Microwave, 2086 Mustang Skid Steer, Skid Loader, Snowblower, Workbench Tool Chest, Snap On Welder**<br>**Leather Chair, Desk, Hutch, 2 Dell Computers, Cell Phones, Cupboards, Misc. Office Equipment**<br>**Legal Description: See Attached #2** | | | | 2,684,098.50 | 0.00 |
| Sheet no. _2_ of _7_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal  ➤<br>(Total of this page) | | | | $   3,020,297.13 | $        0.00 |
| | | | Total  ➤<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Sunset Sow Farms, Inc.**                                              .          Case No. _____
_____                                              (If known)
                          **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | **Semen** <br><br> **VALUE $1,720,100.00** | | | | | |
| ACCOUNT NO.  **2675** <br><br> **Heritage Bank** <br> **101 N Main Street** <br> **Holstein, IA 51025** | | | **5/27/05** <br> **Mortgage** <br> **Legal Description: See Attached #1** <br> **Legal Description: See Attached #2** <br> **Legal Description: See Attached #3** <br><br> **VALUE $5,425,000.00** | | | | 689,152.11 | 0.00 |

Sheet no.  _3_ of _7_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $   3,373,250.61 | $          0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Sunset Sow Farms, Inc.**                                          Case No. _____

_____                                          **(If known)**
**Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4249**<br><br>**Heritage Bank**<br>**101 N Main Street**<br>**Holstein, IA 51025**<br><br><br>**John M. Murray**<br>**530 Erie Street**<br>**P.O. Box 27**<br>**Storm Lake, IA 50588** | | | **8/1/07**<br>**Mortgage**<br>**1977 Semi Tractor**<br>**1999 Ford F250**<br>**2002 Ford F350**<br>**3 Boars at $100/head**<br>**3800 Sows at $300/head**<br>**Dead Sow Hearse**<br>**Gestation Food System, Semen Coolers, Propane Tank, Loading Chute, Pressure Washer, Farrowing Equipment, Milk System, Air Compressor, Heat Pump, Door, 66 Feeders, Pig Grinder, 3 Fridges, Plumbing, Allis D-15 Tractor, 3-16 Plow AC, Manure Loader (Pauls), Gooseneck Trailer, Dump Wagon, Misc. Equipment, Cordless Drill, Riding Lawn Mower, Used Disc, Belly Mower, Sickel Mower, Skag Lawn Mower, Snowblower for Skidloader, 2205 Featherlite Trailer, 48" Pallet for Skidsteer, Honda 4 Wheeler, 2 Washers, 2 Dryers, Stove, Fridge, Microwave, 2086 Mustang Skid Steer, Skid Loader, Snowblower, Workbench Tool Chest, Snap On Welder**<br>**Leather Chair, Desk, Hutch, 2 Dell Computers, Cell Phones, Cupboards, Misc. Office Equipment**<br>**Legal Description: See Attached #1** | | | | 615,139.40 | 0.00 |

Sheet no. _4_ of _7_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal   ➤
(Total of this page)

$  3,988,390.01 | $       0.00

Total   ➤
(Use only on last page)

$ | $

(Report also on Summary of   (If applicable, report
Schedules)                         also on Statistical
Summary of Certain
Liabilities and
Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re **Sunset Sow Farms, Inc.** _____ .    Case No. _____

           **Debtor**    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | **Semen (Lawsuit)** | | | | | |
| | | | **VALUE $6,370,100.00** | | | | | |

Sheet no. _5_ of _7_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $  **615,139.40** | $  **0.00** |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Sunset Sow Farms, Inc.** _____ .  Case No. _____

Debtor  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5716**<br><br>**Heritage Bank**<br>**101 N Main Street**<br>**Holstein, IA 51025** | | | **5/28/08**<br>**Mortgage**<br>**Legal Description: See Attached #1**<br>**1977 Semi Tractor**<br>**1999 Ford F250**<br>**2002 Ford F350**<br>**3 Boars at $100/head**<br>**3800 Sows at $300/head**<br>**Dead Sow Hearse**<br>**Gestation Food System, Semen Coolers, Propane Tank, Loading Chute, Pressure Washer, Farrowing Equipment, Milk System, Air Compressor, Heat Pump, Door, 66 Feeders, Pig Grinder, 3 Fridges, Plumbing, Allis D-15 Tractor, 3-16 Plow AC, Manure Loader (Pauls), Gooseneck Trailer, Dump Wagon, Misc. Equipment, Cordless Drill, Riding Lawn Mower, Used Disc, Belly Mower, Sickel Mower, Skag Lawn Mower, Snowblower for Skidloader, 2205 Featherlite Trailer, 48" Pallet for Skidsteer, Honda 4 Wheeler, 2 Washers, 2 Dryers, Stove, Fridge, Microwave, 2086 Mustang Skid Steer, Skid Loader, Snowblower, Workbench Tool Chest, Snap On Welder**<br>**Leather Chair, Desk, Hutch, 2 Dell Computers, Cell Phones, Cupboards, Misc. Office Equipment** | | | | 689,736.30 | 0.00 |
| Sheet no.  6 of  7 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal  ➤<br>(Total of this page) | | | | $  1,304,875.70 | $  0.00 |
| | | | Total  ➤<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Sunset Sow Farms, Inc.**_____.    Case No. _____
                                                  **Debtor**                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | **Semen** _____ **VALUE $6,370,100.00** | | | | | |
| ACCOUNT NO.<br><br>**Siouxland Economic Develop Corp**<br>**1106 Historic 4th Street, Ste. 201**<br>**Sioux City, IA 51101**<br><br>**SBA**<br>**210 Walnut Street**<br>**Room 749**<br>**Des Moines, IA 50309-4106** | | | **Security Agreement**<br>**Gestation Food System, Semen Coolers, Propane Tank, Loading Chute, Pressure Washer, Farrowing Equipment, Milk System, Air Compressor, Heat Pump, Door, 66 Feeders, Pig Grinder, 3 Fridges, Plumbing, Allis D-15 Tractor, 3-16 Plow AC, Manure Loader (Pauls), Gooseneck Trailer, Dump Wagon, Misc. Equipment, Cordless Drill, Riding Lawn Mower, Used Disc, Belly Mower, Sickel Mower, Skag Lawn Mower, Snowblower for Skidloader, 2205 Featherlite Trailer, 48" Pallet for Skidsteer, Honda 4 Wheeler, 2 Washers, 2 Dryers, Stove, Fridge, Microwave, 2086 Mustang Skid Steer, Skid Loader, Snowblower, Workbench Tool Chest, Snap On Welder**<br><br>_____<br>**VALUE $200,000.00** | | | | 2,023,000.00 | 130,487.60 |

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

| $ 2,712,736.30 | $ 130,487.60 |
|---|---|

Total  ➤
(Use only on last page)

| $ 8,500,727.64 | $ 130,487.60 |
|---|---|

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Sunset Sow Farms, Inc.**                                     Case No. _____
_____
                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **Sunset Sow Farms, Inc.** _____    Case No. _____
Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **Various** <br> **Ida County Treasurer** <br> **ATTN: Kay Cork** <br> **401 Moorehead Street** <br> **Ida Grove, IA 51445** | | | **2009** <br> **Business Debt: RET** | | | | **6,863.00** | **6,863.00** | **$0.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▷ <br> (Totals of this page) | $ **6,863.00** | $ **6,863.00** $ **0.00** |
| Total ▷ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **6,863.00** | |
| Total ▷ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **6,863.00** $ **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Sunset Sow Farms, Inc.**                                    Case No. _____
_____
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ag Systems, AL**<br>P.O. Box 215<br>Ellsworth, IA 50075 | | | **2009**<br><br>**Business Debt** | | | | **15,036.25** |
| ACCOUNT NO.   **Various**<br><br>**Agri-Tech**<br>1400 Prospect Street SW<br>LeMars, IA 51031 | | | **2008-2009**<br><br>**Business Debt** | | | | **16,980.48** |
| ACCOUNT NO.<br><br>**Burkhardt & Dawson, CPAs**<br>793 North 2nd<br>P.O. Box 1065<br>Cherokee, IA 51012 | | | **2008-2009**<br><br>**Business Debt** | | | | **1,200.00** |
| ACCOUNT NO.<br><br>**Deluxe Animal Health**<br>109 North "C" Street<br>P.O. Box 303<br>Sheldon, IA 51201 | | | **2009**<br><br>**Business Debt** | | | | **7,904.00** |
| ACCOUNT NO.   **2509/2520**<br><br>**Diversified Electrical Contractors, Inc.**<br>P.O. Box 10<br>306 N 5th Street<br>Page, NE 68766 | | | **2008**<br><br>**Business Debt** | | | | **10,288.18** |

2  Continuation sheets attached

Subtotal ➤ $                **51,408.91**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sunset Sow Farms, Inc.**_____    Case No. _____
                    Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **605**<br><br>**Jochum Agri-Service, Inc.**<br>**1691 250th Street**<br>**Salix, IA 51052** | | | **2009**<br><br>**Business Debt** | | | | **13,912.00** |
| ACCOUNT NO.  **1289/1347**<br><br>**Joy Dirt**<br>**202 State Street**<br>**Cushing, IA 51018-0185** | | | **2008**<br><br>**Business Debt** | | | | **20,770.80** |
| ACCOUNT NO.  **Various**<br><br>**Newsham Choice Genetics**<br>**5058 Grand Ridge Drive, Ste. 200**<br>**West Des Moines, IA 50265**<br><br>**Jeffrey Courter & Brian Torresi**<br>**700 Walnut St., Ste. 1600**<br>**Des Moines, IA 50309-3899** | | | **2008-2009**<br><br>**Business Debt (Lawsuit)** | | | | **68,898.88** |
| ACCOUNT NO.  **Various**<br><br>**Quam & Associates**<br>**115 E Lincolnway, Ste. 390**<br>**Jefferson, IA 50129** | | | **2007-2009**<br><br>**Business Debt** | | | | **62,426.75** |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >   $      **166,008.43**

Total    >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sunset Sow Farms, Inc.**                                              Case No. _____
                                      **Debtor**                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **Various**<br><br>Ralco Nutrition, Inc.<br>1600 Hahn Road<br>P.O. Box 1083<br>Marshall, MN 56258 | | | **2008-2009**<br><br>**Business Debt** | | | | 97,872.58 |
| ACCOUNT NO.   **Various**<br><br>Star Energy<br>1006 1st Avenue<br>P.O. Box 790<br>Manson, IA 50563-0790<br><br>Lynn J. Wiese<br>The Barker Building<br>P.O. Box 634<br>Iowa Falls, IA 50126 | | | **2008-2009**<br><br>**Business Debt (Lawsuit)** | | | | 60,340.17 |
| ACCOUNT NO.   **Various**<br><br>Valley Veterinary Center, PLC<br>908 S Second<br>Cherokee, IA 51012-2171 | | | **2008-2009**<br><br>**Business Debt** | | | | 99,855.69 |
| ACCOUNT NO.   **Various**<br><br>Wells Fargo<br>Payment Remittance Center<br>P.O. Box 6426<br>Carol Stream, IL 60197-6426 | | | **2008-2009**<br><br>**Business Debt** | | | | 33,817.66 |

Sheet no.  2 of 2 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                     291,886.10

Total  ➤  $                     509,303.44

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:   **Sunset Sow Farms, Inc.** _____ ,   Case No. _____

                    **Debtor**                                  **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **G&D Pork LLC**<br>**P.O. Box 125**<br>**Sheldon, IA 51201** | **Purchase Agreement on All Feeder Pigs at $36/head Until End of Lease in 2012** |
| **G&D Pork LLC**<br>**P.O. Box 125**<br>**Sheldon, IA 51201** | **Leased Purchase Agreement of Sows for $1,140,000** |
| **G&D Pork LLC**<br>**P.O. Box 125**<br>**Sheldon, IA 51201** | **Lease Agreement of 4000 Genesus Gilts & Rent of $3800/mth For Every Month Debtors Have Them** |

**B6H (Official Form 6H) (12/07)**

In re: **Sunset Sow Farms, Inc.**                                              Case No. _____
_____ .                                              (If known)
                    **Debtor**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Sunset Sow Farms, Inc.**                                        Case No. _____
_____                                                      (If known)
                    Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I , the  of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of    **20**_____ sheets *( Total shown on summary page plus 1),*
and that they are true and correct to the best of my knowledge, information, and belief.

Date   **2/9/2010**_____          Signature:   **s/**_____

                                                          _____
                                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

Ag Systems, AL
P.O. Box 215
Ellsworth, IA 50075

Agri-Tech
1400 Prospect Street SW
LeMars, IA 51031

Burkhardt & Dawson, CPAs
793 North 2nd
P.O. Box 1065
Cherokee, IA 51012

Deluxe Animal Health
109 North "C" Street
P.O. Box 303
Sheldon, IA 51201

Deluxe Feeds, Inc.
1500 RMT Avenue
P.O. Box 126
Sheldon, IA 51201-0126

Diversified Electrical Contractors,
P.O. Box 10
306 N 5th Street
Page, NE 68766

Siouxland Economic Develop Corp
1106 Historic 4th Street, Ste. 201
Sioux City, IA 51101

G&D Pork, LLC
P.O. Box 125
Sheldon, IA 51201

Heritage Bank
101 N Main Street
Holstein, IA 51025

Galva Holstein Ag
204 E 1st Street
Holstein, IA 51025


Genetiporc
4125 Minnesota Street
Alexandria, MN 56308


Heritage Bank
101 N Main Street
Holstein, IA 51025


Ida County Treasurer
ATTN: Kay Cork
401 Moorehead Street
Ida Grove, IA 51445


Jeffrey Courter & Brian Torresi
700 Walnut St., Ste. 1600
Des Moines, IA 50309-3899


Jochum Agri-Service, Inc.
1691 250th Street
Salix, IA 51052


John M. Murray
530 Erie Street
P.O. Box 27
Storm Lake, IA 50588


John M. Murray
530 Erie Street
P.O.  Box 27
Storm Lake, IA 50588


Joy Dirt
202 State Street
Cushing, IA 51018-0185

Lynn J. Wiese
The Barker Building
P.O. Box 634
Iowa Falls, IA 50126


Newsham Choice Genetics
5058 Grand Ridge Drive, Ste. 200
West Des Moines, IA 50265


Quam & Associates
115 E Lincolnway, Ste. 390
Jefferson, IA 50129


Ralco Nutrition, Inc.
1600 Hahn Road
P.O. Box 1083
Marshall, MN 56258


SBA
210 Walnut Street
Room 749
Des Moines, IA 50309-4106


Star Energy
1006 1st Avenue
P.O. Box 790
Manson, IA 50563-0790


Valley Veterinary Center, PLC
908 S Second
Cherokee, IA 51012-2171


Wells Fargo
Payment Remittance Center
P.O. Box 6426
Carol Stream, IL 60197-6426

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Iowa

In re:     **Sunset Sow Farms, Inc.**

Case No. _____

Chapter    **11**

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **11,000.00** |
| Prior to the filing of this statement I have received | $ | **11,000.00** |
| Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☑ Other (specify)      **$200/hr after fees are extinguished**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
        **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **2/9/2010**

**/s/ Donald H. Molstad**
**Donald H. Molstad, Bar No.  3755**

**Molstad Law Firm**
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Iowa

In re:    **Sunset Sow Farms, Inc.**                                     Case No. _____

                                                                        Chapter    **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                $    **2,359,279.85**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2.  Gross Monthly Income:                                             $    **242,790.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)          $    **21,570.00**
   4.  Payroll Taxes                                           **5,511.00**
   5.  Unemployment Taxes                                        **123.00**
   6.  Worker's Compensation                                   **1,232.00**
   7.  Other Taxes                                             **1,092.00**
   8.  Inventory Purchases (Including raw  materials)         **62,550.00**
   9.  Purchase of Feed/Fertilizer/Seed/Spray                **85,000.00**
  10.  Rent (Other than debtor's principal residence)            **0.00**
  11.  Utilities                                              **8,072.00**
  12.  Office Expenses and Supplies                              **0.00**
  13.  Repairs and Maintenance                                 **927.00**
  14.  Vehicle Expenses                                          **0.00**
  15.  Travel and Entertainment                                 **0.00**
  16.  Equipment Rental and Leases                              **0.00**
  17.  Legal/Accounting/Other Professional Fees              **2,510.00**
  18.  Insurance                                              **2,318.00**
  19.  Employee Benefits (e.g., pension, medical, etc.)         **0.00**
  20.  Payments to Be Made Directly By Debtor to Secured Creditors For
         Pre-Petition Business Debts (Specify):
         **None**                                           _____

  21.  Other (Specify):

         **None**                                           _____

  22.  Total Monthly Expenses (Add items 3 - 21)                 $    **190,905.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $    **51,885.00**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

In re:    **Sunset Sow Farms, Inc.**

_____
**Debtor**

Case No. _____

Chapter  __11_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    __2/9/2010_____

Signed: **s/**_____

Signed:    **/s/ Donald H. Molstad**_____
          **Donald H. Molstad**
          Attorney for Debtor(s)
          Bar no.:        **3755**
          **Molstad Law Firm**
          **701 Pierce Street, Suite 305**
          **Sioux City IA 51101**
          Telephone No.:    **712-255-8036**
          Fax No.:          **712-255-4642**
          E-mail address:

## United States Bankruptcy Court

### Northern District of Iowa

In re:                                                                  Case No. _____

                                                                        Chapter    **11**

  **Sunset Sow Farms, Inc.**


# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David Van Hooser**, declare under penalty of perjury that I am the  of **Sunset Sow Farms, Inc.,** a   Corporation and that on  the following resolution was duly adopted by the  of this Corporation:


"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  , of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and


Be It Further Resolved, that ,  of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and


 Be It Further Resolved, that ,  of this Corporation, is authorized and directed to employ **Donald H. Molstad**, attorney and the law firm of **Molstad Law Firm** to represent the Corporation in such bankruptcy case."


Executed on:   **2/9/2010**_____          Signed:   _s/_____

                                                                        **David Van Hooser**

## United States Bankruptcy Court
## Northern District of Iowa

In re   **Sunset Sow Farms, Inc.**                         Case No.

Debtor.                                                    Chapter     **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Sunset Sow Farms, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

   **X**   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Owner | % of Shares Owned |
|---|---|
| **David Van Hooser**<br>**5143 120th Street**<br>**Holstein, IA 51025** | **50** |
| **Shannon Van Hooser**<br>**5143 120th Street**<br>**Holstein, IA 51025** | **50** |

OR,

_____   There are no entities to report.

By   **/s/ Donald H. Molstad**
    **Donald H. Molstad**
    Signature of Attorney

Counsel for   **Sunset Sow Farms, Inc.**

Bar no.:   **3755**

Address.:   **Molstad Law Firm**
    **701 Pierce Street, Suite 305**
    **Sioux City IA 51101**

Telephone No.: **712-255-8036**

Fax No.:   **712-255-4642**
E-mail address:

## United States Bankruptcy Court
## Northern District of Iowa

In re:   **Sunset Sow Farms, Inc.**

Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, , of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   <u>2/9/2010</u>

s/ _____

,
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B4 (Official Form 4) (12/07)

### United States Bankruptcy Court
### Northern District of Iowa

In re **Sunset Sow Farms, Inc.**

Debtor ,

Case No. _____

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Valley Veterinary Center, PLC 908 S Second Cherokee, IA 51012-2171 | Mark Carlson 712-225-5200 Valley Veterinary Center, PLC 908 S Second Cherokee, IA 51012-2171 | | | $99,855.69 |
| Ralco Nutrition, Inc. 1600 Hahn Road P.O. Box 1083 Marshall, MN 56258 | Unknown 800-533-5306 Ralco Nutrition, Inc. 1600 Hahn Road P.O. Box 1083 Marshall, MN 56258 | | | $97,872.58 |
| Newsham Choice Genetics 5058 Grand Ridge Drive, Ste. 200 West Des Moines, IA 50265 | Unknown 888-734-4377 Newsham Choice Genetics 5058 Grand Ridge Drive, Ste. 200 West Des Moines, IA 50265 | | | $68,898.88 |
| Quam & Associates 115 E Lincolnway, Ste. 390 Jefferson, IA 50129 | Paul Quam 515-386-4746 Quam & Associates 115 E Lincolnway, Ste. 390 Jefferson, IA 50129 | | | $62,426.75 |
| Star Energy 1006 1st Avenue P.O. Box 790 Manson, IA 50563-0790 | Unknown 888-437-3835 Star Energy 1006 1st Avenue P.O. Box 790 Manson, IA 50563-0790 | | | $60,340.17 |
| Wells Fargo Payment Remittance Center P.O. Box 6426 Carol Stream, IL 60197-6426 | Unknown 800-225-5935 Wells Fargo Payment Remittance Center P.O. Box 6426 Carol Stream, IL 60197-6426 | | | $33,817.66 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Sunset Sow Farms, Inc.** _____ , Case No. _____

Debtor                          Chapter  <u>11</u> _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Joy Dirt<br>202 State Street<br>Cushing, IA 51018-0185 | Mame Joy<br>712-384-2700<br>Joy Dirt<br>202 State Street<br>Cushing, IA 51018-0185 | | | $20,770.80 |
| Agri-Tech<br>1400 Prospect Street SW<br>LeMars, IA 51031 | Charlie Nelson<br>712-546-9292<br>Agri-Tech<br>1400 Prospect Street SW<br>LeMars, IA 51031 | | | $16,980.48 |
| Ag Systems, AL<br>P.O. Box 215<br>Ellsworth, IA 50075 | Josh Stockdale<br>515-408-6800<br>Ag Systems, AL<br>P.O. Box 215<br>Ellsworth, IA 50075 | | | $15,036.25 |
| Jochum Agri-Service, Inc.<br>1691 250th Street<br>Salix, IA 51052 | Brad Jochum<br>712-938-2234<br>Jochum Agri-Service, Inc.<br>1691 250th Street<br>Salix, IA 51052 | | | $13,912.00 |
| Diversified Electrical Contractors, Inc.<br>P.O. Box 10<br>306 N 5th Street<br>Page, NE 68766 | Dan Sobotaca<br>402-338-5342<br>Diversified Electrical Contractors, Inc.<br>P.O. Box 10<br>306 N 5th Street<br>Page, NE 68766 | | | $10,288.18 |
| Deluxe Animal Health<br>109 North "C" Street<br>P.O. Box 303<br>Sheldon, IA 51201 | Gary Doplinburg<br>712-324-4694<br>Deluxe Animal Health<br>109 North "C" Street<br>P.O. Box 303<br>Sheldon, IA 51201 | | | $7,904.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Sunset Sow Farms, Inc.**                                    ,    Case No. _____
                                        Debtor                Chapter    **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Burkhardt & Dawson, CPAs**<br>**793 North 2nd**<br>**P.O. Box 1065**<br>**Cherokee, IA 51012** | **Unknown**<br>712-225-5755<br>**Burkhardt & Dawson, CPAs**<br>**793 North 2nd**<br>**P.O. Box 1065**<br>**Cherokee, IA 51012** | | | $1,200.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, , of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **2/9/2010** _____        Signature: **s/** _____

_____ ,
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.